UNITED STATES of America,
Plaintiff–Appellee,

v.

Robert COMITO, Defendant–Appellant.

No. 06–10749.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 17, 2008.*

Jan. 8, 2009.

Camille Damm, Esq., Robert L. Ellman, Esq., USLV, Las Vegas, NV, for Plaintiff–Appellee.

Todd Leventhal, Esq., Las Vegas, NV, for Defendant–Appellant.

Before: GOODWIN, TROTT, and RYMER, Circuit Judges.

MEMORANDUM **

Robert Comito appeals from the 120–month sentence imposed upon resentencing following a limited remand pursuant to *United States v. Ameline*, 409 F.3d 1073, 1079 (9th Cir.2005) (en banc). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Comito's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Appellant has filed a pro se supplemental brief and a pro se reply brief, and the government has filed an answering brief.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED.** Appellant's motion for substitution of counsel is **DENIED.** The district court's judgment is

**AFFIRMED.**

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

